IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO GUILLEN, | ) | No. C 02-0722 WHA (PR) |
| Petitioner, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| MR. McGRATH, Warden, | ) ) | |
| Respondent. | ) ) | |

This is a habeas case brought pro se by a state prisoner. The case was stayed in 2004 to allow petitioner to exhaust his state court remedies as to certain claims, and in 2005 the case was administratively closed pending such a stay. Petitioner filed a notice of change of address in May 2005, but nothing thereafter. On October 24, 2013, he was directed to file, on or before November 28, 2013, either a motion to lift the stay or a notice that he no longer intends to proceed with this case. He was cautioned that his failure to do so would result in the dismissal of the case for failure to prosecute. No response has been received.

Accordingly, this case is **DISMISSED** for failure to prosecute. *See* Fed. R. Civ. P. 41(a).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: January 10, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE